427 A.2d 261

Davis v. Davis, Appellant.

Submitted June 29, 1979. Donald Driscoll, for appellant; Gailey C. Keller, for appellee.

Before PRICE, GATES and DOWLING, JJ.*

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by special designation.

Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.